1   Michael A. McGill  SBN 241870
    mcgill@policeattorney.com
2   **LACKIE, DAMMEIER & MCGILL APC**
    367 North Second Avenue
3   Upland, CA 91786
    Telephone: (909) 985-4003
4   Facsimile:  (909) 985-3299

5   Attorneys for ALL PLAINTIFFS

6

7                UNITED STATES DISTRICT COURT

8                CENTRAL DISTRICT OF CALIFORNIA

9

10  ALFREDO MARTINEZ; JENNIFER          ) Case No.:
    GARCIA; CRAIG ADAMS; MARK           )
11  RYAN; JOHNNIE PAXTON;               ) CV09-8345  MAN
    GILBERT SALAZAR; JULIO              )
12  CALLEROS; JULIO MARTINEZ;           ) **COMPLAINT FOR DAMAGES**
    CHRISTOPHER TYNI; OMAR              ) **AND INJUNCTIVE AND**
13  RODRIGUEZ; MANUEL CARRERA;          ) **DECLARATORY RELIEF**
    RICARDO RUIZ; FERNANDO              )
14  VALLE; SERGIO ANDRADE;              ) [29 U.S.C. §§ 201 et seq.]
    RICHARD MONEY; FRANCISCO            )
15  AVILA; CHRIS CECIL; MARIA           ) **DEMAND FOR JURY TRIAL**
    CHAVEZ; MELISSA LEAL; KELLY         )
16  GORDON; MARK NEWTON;                )
    WILLIAM MOLINARI, JR., RUBEN        )
17  RAMIREZ; DANIEL CONTRERAS;          )
    DANIEL BARRON; RENE                 )
18  ESTUPINIAN; BRION GORRELL;          )
    BRANDON CONTRERAS; RICARDO          )
19  ROJAS; ENRIQUE ROJAS; ERNIE         )
    BARRON; TAILOR MARQUEZ;             )
20  CORY MANSER; MIKE FLORES;           )
    GUS CISNEROS; OSCAR CHAVEZ;         )
21  JAMES MASUDA; RUBEN                 )
    ZABALA; STEPHEN SHARPE;             )
22  HECTOR FLORES; LISA MARIE           )
    BUSTOS; JULIO MARTINEZ;             )
23  DAVID KIM; ARMANDO                  )
    MIRANDA; REX YAP; ISMAEL            )
24  NAVARRO; ROBERT LINDMAYER;          )
    DAVID RODRIGUEZ; RANDALL            )
25  JASO; LUIS LOPEZ, JR.;              )
    CHRISTOPHER CERVANTES;              )
26  BRIAN DRAGOO; CARL GARLICK;         )
    GREGORY SELLS; JOHN                 )
27  MONTELONGO, JR.; ADAM               )
    MITCHELL; MIKE POPPE; RAY           )
28  SULCER; KIM LUNDY; RON              )
    SANTO; ERIC BERMUDEZ; PAUL          )

ANTISTA; MARC MARTY; SEAN )
HOFFMAN; LARRY JACKSON; RAY )
CAMUY; BORIS ZEISSIG; ANDREW )
VUNCANON; FERNANDO VALLE; )
MICHAEL ORTIZ; BRIAN BART, )

                Plaintiffs, )

vs. )

CITY OF MONTEBELLO, A )
Municipal Corporation, and DOES 1 )
THROUGH 10, )

              Defendants. )

## JURISDICTION

1.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1343(3), as the controversy arises under "the Constitution, laws or treatises of the United States." Specifically, the claim rises under the Fair Labor Standard Act of 1938, 29 U.S.C. §§ 201 et seq. ("FLSA").

## VENUE

2.    Venue is proper in the Central District of California pursuant to 28 U.S.C. §1391(b) because the acts, events, or omissions giving rise to the claim occurred in this District.

## PARTIES

3.    All Plaintiffs are United States citizens and residents of the State of California. They are either current employees or former employees of the City of Montebello, employed as peace officers for City of Montebello Police Department.

4.    Defendant City of Montebello is a political subdivision of the State of California, located within California and is an employer whose employees are engaged in commerce within the meaning of 29 U.S.C. §207(a) and as defined in 29 U.S.C. §§203(d) and 203(e)(2)(c). The Montebello Police Department is a division and department of the City of Montebello.

5.      Plaintiffs are ignorant of the names and capacities of the individuals or entitles sued herein as DOES 1 THROUGH 10, who may have been involved in the unlawful acts alleged herein.  Plaintiffs allege that each of the fictitiously named Defendants sued herein are legally responsible in some manner for the events and happenings referred to herein, and that Plaintiffs' damages as alleged were proximately caused by their conduct.

6.      The acts and omissions of the Defendants who are or may be identified as employees and/or officials of the City, were undertaken in accordance with and represent the official policies of the city and/or were undertaken by employees whose acts and omissions may be fairly said to represent the official policies of the City.

7.      Defendants, and each of them, except the City Defendant, which is sued as an entity, are sued in their individual and official capacities.

8.      Unless otherwise indicated, each Defendant conspired, committed, ordered, directed, supervised, allowed, planned ratified, concealed, organized, or otherwise participated in one or more of the unlawful acts complained of herein.

## CLAIM FOR RELIEF

9.      Paragraphs 1 through 9 are incorporated herein.

10.    Defendants have willfully violated, and are willfully violating, the compensation requirements of the FLSA, 29 U.S.C. Section 207, by employing Plaintiffs, and all other similarly situated employees, for weeks longer than the applicable maximum weekly hours established by Section 207 of the FLSA, without properly compensating them for work performed in excess of the above described hours at rates not less than one and one-half times their regular rates of pay.  Such violations include pre-shift and post-shift donning and doffing that is required, integral and an indispensable part of the principle activities of the work performed.

1    **WHEREFORE,** Plaintiffs pray Judgment as follows:

2        1.      That this Court declare that Defendant has violated the Fair Labor

3    Standards Act by and through its policy and/or practice of refusing to compensate

4    plaintiffs for donning and doffing time;

5        2.      That this Court issue Preliminary and Permanent Injunctions enjoining

6    Defendant, Defendant's agents, employees, and all persons in active concert or

7    participation with them, from violating Plaintiffs' rights under the Fair Labor

8    Standards Act;

9        3.      That Defendants be required to pay the Plaintiffs and any and all other

10   similarly, situated employees unpaid overtime compensation found due by the

11   court as a result of Defendants' violation of Section 207 of the FLSA, plus an

12   additional equal amount as liquidated damages;

13

14       4.      That Defendants be required to pay Plaintiffs their reasonable

15   attorney's fees, costs of this action and both pre-judgment and post-judgment

16   interest; and

17       5.      That Plaintiffs have such further relief as is just and necessary.

18

19                                      Respectfully submitted,

20   Date:  November 13, 2009           **LACKIE, DAMMEIER &**

21                                      **MCGILL APC**

22

23                                      _____

24                                      Michael A. McGill

                                        Attorneys for Plaintiffs

25                                      ALFREDO MARTINEZ, et al.

26

27

28

## DEMAND FOR JURY

Plaintiffs hereby demand a jury trial under Federal Rules of Civil Procedure, Rule 38 and this Court's local rules.

Date:  November 13, 2009                    **LACKIE, DAMMEIER &**
                                            **MCGILL APC**


                                            _____
                                            Michael A. McGill
                                            Attorneys for Plaintiffs
                                            ALFREDO MARTINEZ, et al.

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## Central District of California

ALFREDO MARTINEZ,
(See attachment)

V.

CITY OF MONTEBELLO, A Municipal
Corporation, and DOES 1 THROUGH 10,

Defendants.

☒ **SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**CV09-8345 MAN**

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael A. McGill, SBN: 231613
Lackie, Dammeier & McGill APC
367 North Second Avenue
Upland, CA 91786

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Terry Nafisi*

1 3 NOV 2009

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                        *Signature of Server*


                                   _____
                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SUM-200(A)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Martinez, et al. v. City of Montebello | |

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties (*Check only one box. Use a separate page for each type of party.*):

[✓] Plaintiff   [ ] Defendant   [ ] Cross-Complainant   [ ] Cross-Defendant

JENNIFER GARCIA; CRAIG ADAMS; MARK RYAN; JOHNNIE PAXTON; GILBERT SALAZAR; JULIO CALLEROS; JULIO MARTINEZ; CHRISTOPHER TYNI; OMAR RODRIGUEZ; MANUEL CARRERA; RICARDO RUIZ; FERNANDO VALLE; SERGIO ANDRADE; RICHARD MONEY; FRANCISCO AVILA; CHRIS CECIL; MARIA CHAVEZ; MELISSA LEAL; KELLY GORDON; MARK NEWTON; WILLIAM MOLINARI, JR., RUBEN RAMIREZ; DANIEL CONTRERAS; DANIEL BARRON; RENE ESTUPINIAN; BRION GORRELL; BRANDON CONTRERAS; RICARDO ROJAS; ENRIQUE ROJAS; ERNIE BARRON; TAILOR MARQUEZ; CORY MANSER; MIKE FLORES; GUS CISNEROS; OSCAR CHAVEZ; JAMES MASUDA; RUBEN ZABALA; STEPHEN SHARPE; HECTOR FLORES; LISA MARIE BUSTOS; JULIO MARTINEZ; DAVID KIM; ARMANDO MIRANDA; REX YAP; ISMAEL NAVARRO; ROBERT LINDMAYER; DAVID RODRIGUEZ; RANDALL JASO; LUIS LOPEZ, JR.; CHRISTOPHER CERVANTES; BRIAN DRAGOO; CARL GARLICK; GREGORY SELLS; JOHN MONTELONGO, JR.; ADAM MITCHELL; MIKE POPPE; RAY SULCER; KIM LUNDY; RON SANTO; ERIC BERMUDEZ; PAUL ANTISTA; MARC MARTY; SEAN HOFFMAN; LARRY JACKSON; RAY CAMUY; BORIS ZEISSIG; ANDREW VUNCANON; FERNANDO VALLE; MICHAEL ORTIZ; BRIAN BART,

PLAINTIFFS.

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

American LegalNet, Inc.
www.FormsWorkflow.com

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>Alfredo Martinez, et al. | **DEFENDANTS**<br>CITY OF MONTEBELLO. A Municipal Corporation, and DOES 1 THROUGH 10 |
| **(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):<br>Los Angeles County | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):<br>Los Angeles County |
| **(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Michael A. McGill, Esq.<br>Lackie Dammeier McGill, APC<br>367 N. Second Avenue<br>Upland, CA 91786   Tel: (909) 985-4003 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No          ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
29 U.S.C. Section 201 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☑ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities /Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No  ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: _____   *CV09-8345*

CV-71 (07/05)                CIVIL COVER SHEET                Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

VIII(b). RELATED CASES: Have any cases been previously filed that are related to the present case? ☑ No   ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
    Los Angeles County

List the California County, or State if other than California, in which EACH named defendant resides.  (Use an additional sheet if necessary.)
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
    Los Angeles County

List the California County, or State if other than California, in which EACH claim arose.  (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.
    Los Angeles County

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date   11/13/09

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |